THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY FERNANDEZ, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JAMES F. EGAN, as Public Administrator of the County of New York, Respondent, for Revocation of Letters of Administration Issued to GUNDA K. MORLAND on the Estate of HANS MORLAND, Deceased. GUNDA K. MORLAND, as Temporary Administratrix of the Estate of HANS MORLAND, Deceased, Appellant; KLARA MORLAND et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [184 Misc. 435, 439.] [See post, p. 745.]

DEPARTMENT OF WELFARE OF THE CITY OF NEW YORK, Appellant, v. JACOB GERBER, Respondent.— Order and judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and grant a new trial.

JAY W. BACON, Respondent, v. LOUIS RAUSCHKOLB, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LESTER E. GROSSMAN et al., Copartners Doing Business under the Name COMMERCIAL TRADING COMPANY, Appellants, v. McAULIFFE PRINTING CO., INC., et al., Defendants, and ADOLPH SAMUELS, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARJORIE DANZIG, Respondent, v. COUNTY OF PUTNAM, Appellant, et al., Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

DENRIC DRAPERY SHOPS, INC., Respondent, v. ALICE G. GAHAGAN, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of GEORGE K. WELDON, as Executor of HATTIE F. LANDERS, Deceased, Appellant. JOHN R. LANDERS et al., Respondents.— Decree so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 745.]

JOSEPH ZUBEK, Appellant, v. ADOLF KONAS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.